IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-53146 |
| Lakesia Lashawn Wiley, | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |
| | ) | |
| Lakesia Lashawn Wiley, | ) | ADVERSARY PROCEEDING |
| Plaintiff | ) | CASE NO. _____ |
| vs. | ) | |
| Prestige Financial Services, | ) | |
| Defendant/Respondent. | ) | |

COMPLAINT FOR TURNOVER

COMES NOW Lakesia Lashawn Wiley ("Debtor") and moves this Honorable Court to

avoid and recover funds transferred to Prestige Financial Services ("Prestige"). *See* 11 U.S.C. §§

522(h), 542, 543, and 547.  In support, Debtor offers the following:

JURISDICTION AND VENUE

1.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E), seeking an order for

avoidance of transfer and the recovery of all preferential transfers to respondents/defendant in the

above-styled case, including any garnishments of income and/or withholding of monetary funds in

Debtors' bank account that occurred either 90 days prior to or after the filing of Debtor's

bankruptcy estate. *See also* Fed. R. Bankr. 7001(1) and  7008 et. al. This Court has jurisdiction

over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2.  Venue is proper by virtue of 28 U.S.C. § 1409(a) as this proceeding arises in and

relates to Debtor's bankruptcy, case number 23-53146, pending in this district. This is an

adversary proceeding initiated pursuant to Fed. R. Bankr. P. 7001(1) and 11 U.S.C. §§ 547, 550,

551, and 522.

## THE PARTIES

3.  Plaintiff, Lakesia Lashawn Wiley, is an individual domiciled in Georgia.

4.  Defendant, Prestige Financial Services, is a corporation doing business in Georgia and was presented by Beth E Rogers of Rogers Law Firm in the state action.

## FACTS

5.  Debtor commenced a bankruptcy estate on April 3, 2023 by filing a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 7 of the United States Code.

6.  In bankruptcy Schedule B, Debtor reports ownership of assets paid to Defendant during the 90-day preference period before filing bankruptcy valued at $2,832.51.

7.  In bankruptcy Schedule C, Debtor claims an exemption of $2,832.51d for monies assets paid during the preference period.

8.  Debtor lists Prestige Financial Services as a secured creditor on Schedule D of the bankruptcy petition.

9.  Prestige Financial Services was served notice of Debtor's Bankruptcy filing on or about April 3, 2023.

10.  The transfer of the Debtor's interest in monetary funds to Prestige Financial Services occurred between January 1 2022 and March 31 2023. (Exhibit A).

## COUNT I: PREFERENTIAL TRANSFER

11.  Debtor incorporates by reference paragraphs 1 through 10.

12.  The transfer of $2,832.51 between Plaintiff and Defendant occurred either 90 days before the date of the bankruptcy petition (or after the date of filing), the garnishment constitutes

a preferential transfer of Debtor's property on account of an antecedent debt and is therefore avoidable.

12.  Prestige Financial Services's transfer against Debtor was for unsecured debt related to a [credit card loan], secured by a monetary judgment obtained by Prestige Financial Services against Debtor in Georgia State Court.

13.  Because Debtor has filed a chapter 7, no-asset case, if Prestige Financial Services keeps the garnished funds, Prestige Financial Services will necessarily receive more than they would receive in the chapter 7 or had the transfer not been made.

14.  The amount Prestige Financial Services would receive wihtout the garnishment in Debtor's bankruptcy is $0.00.

15.  The Debtor can avoid the transfer to Prestige Financial Services under 11 U.S.C. §§ 522(h) by incorporating 547(b), with the transfer automatically preserved for the Bankruptcy Estate under 11 U.S.C. § 551, and with the value of the property transferred within 90 days before the date of petition in the amount of $2,832.51 recoverable from Prestige Financial ServicesT under 11 U.S.C. § 550.  *See Smith v. Primus Auto. Fin. (In re Smith)*, 382 B.R. 279 (Bankr. D. Md. 2006).

WHEREFORE, Debtor respectfully requests:

1.  That a hearing occur on this motion and the motion be granted;

2.  hat this Court issue an order avoiding the transfer of the Debtor's interest in monetary funds to Prestige Financial Services;

3.  That this Court order Prestige Financial Services to return the amount of $2,832.51 to Debtor's Counsel instanter; and

4. That this Court grants such further relief as it deems just and proper.

Respectfully submitted,
KING & KING LAW LLC


\_\_/s/_____
Tim Hurban
Attorney for Debtor/Plaintiff
Georgia Bar No. 400788
215 Pryor St. SW
Atlanta GA 30303
(404) 524-6400
notices@kingkingllc.com

# Exhibit A

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/26/2022 |
| PAY PERIOD END: | 01/08/2023 |
| ADVICE DATE: | 01/13/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/08/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/08/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 01/08/2023: | 0:00 HOURS |

ASSOCIATE NAME:       LAKESIA L WILEY                          ASSOCIATE ID:                          105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 1,776.17 |
| | | | | NET WAGES: | 917.74 |
| STATE | | 0 | 0 | NET PAY: | 917.74 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | 12/26/2022-01/08/2023 | 29.48 | 8.00 | 235.84 | 235.84 |
| REGULAR | 12/26/2022-01/01/2023 | 29.48 | 22.75 | 670.67 | |
| REGULAR | 01/02/2023-01/08/2023 | 29.48 | 29.50 | 869.66 | 1,540.33 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 52.25 | | |
| TOTAL GROSS WAGES: | | | | 1,776.17 | 1,776.17 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 157.72 | 157.72 |
| VISION FT | 2.73 | 2.73 |
| DENTAL FT | 26.13 | 26.13 |
| FUTUREBLD CNTRB | 17.76 | 17.76 |
| | | |
| TOTAL: | 204.34 | 204.34 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | 10.00 | 10.00 |
| PRCHS POWER | 72.54 | 72.54 |
| BASIC LIFE | 0.94 | 0.94 |
| AD&D | 0.85 | 0.85 |
| STD | 22.53 | 22.53 |
| LTD | 10.84 | 10.84 |
| CHILD LIFE | 1.15 | 1.15 |
| CREDITOR GARNISHMENT | 413.64 | 413.64 |
| | | |
| TOTAL: | 532.49 | 532.49 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 98.55 | 98.55 |
| MEDICARE | 23.05 | 23.05 |
| | | |
| TOTAL : | 0.00 | 0.00 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | | 917.74 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

2

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/26/2022 |
| PAY PERIOD END: | 01/08/2023 |
| ADVICE DATE: | 12/27/2022 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/08/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/08/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 01/08/2023: | 0:00 HOURS |

ASSOCIATE NAME:    LAKESIA L WILEY                ASSOCIATE ID:        105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 884.40 |
| | | | | NET WAGES: | 603.72 |
| STATE | | 0 | 0 | NET PAY: | 603.72 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 1,163.20 |
| HOMER AWRD | | | | | 285.00 |
| OT PREMIUM | | | | | 5,075.63 |
| OVERTIME | | | | | 10,118.19 |
| REGULAR | | | | | 49,257.02 |
| SICK/PERS | | | | | 987.57 |
| SUCCESS SHR | | | | | 6,772.57 |
| THD AWARD | | | | | 106.12 |
| VACATION | 12/26/2022-01/08/2023 | | 30.00 | 884.40 | 7,287.92 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 0.00 | | |
| TOTAL GROSS WAGES: | | | | 884.40 | 81,053.22 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | | 3,650.00 |
| FSA MED | | 1,000.00 |
| VISION FT | | 100.80 |
| DENTAL FT | | 627.12 |
| FUTUREBLD CNTRB | 8.84 | 809.43 |
| | | |
| TOTAL: | 8.84 | 6,187.35 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | | 250.00 |
| PRCHS POWER | | 1,136.24 |
| BASIC LIFE | | 22.56 |
| AD&D | | 20.40 |
| STD | | 507.36 |
| LTD | | 240.96 |
| CHILD LIFE | | 27.60 |
| AWARD OFST | | 98.00 |
| CREDITOR GARNISHMENT | | 958.50 |
| CREDITOR GARNISHMENT | 204.19 | 4,766.21 |
| IWO EMPLOYER FEE | | 101.04 |
| | | |

| TAXES | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| OASDI | 54.83 | 4,691.87 |
| MEDICARE | 12.82 | 1,097.29 |
| FEDERAL WITHHOLDING | 0.00 | 170.04 |
| STATE TAX - GA | 0.00 | 95.33 |
| | | |
| TOTAL : | 67.65 | 6,054.53 |

| **ACCOUNT NUMBER** | **TRANSIT** | **ABA** | **Amount** |
|---|---|---|---|
| ******2605 | ****** | ****** | 603.72 |

| **PHONE** | **EMAIL** | **WEBSITE** | **IMPORTANT NOTES** |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 01/09/2023 |
| PAY PERIOD END: | 01/22/2023 |
| ADVICE DATE: | 01/27/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/22/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/22/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 01/22/2023: | 0:00 HOURS |

ASSOCIATE NAME:     LAKESIA L WILEY                          ASSOCIATE ID:                    105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 1,894.99 |
| | | | | NET WAGES: | 1,027.18 |
| STATE | | 0 | 0 | NET PAY: | 1,027.18 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 235.84 |
| REGULAR | 01/09/2023-01/15/2023 | 29.48 | 30.75 | 906.51 | |
| REGULAR | 01/16/2023-01/22/2023 | 29.48 | 33.40 | 984.64 | 3,431.48 |
| SICK/PERS | 01/09/2023-01/22/2023 | 29.48 | 0.13 | 3.84 | 3.84 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 64.15 | | |
| TOTAL GROSS WAGES: | | | | 1,894.99 | 3,671.16 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 127.00 | 284.72 |
| VISION FT | 1.63 | 4.36 |
| DENTAL FT | 26.13 | 52.26 |
| FUTUREBLD CNTRB | 18.95 | 36.71 |
| | | |
| TOTAL: | 173.71 | 378.05 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | 10.00 | 20.00 |
| PRCHS POWER | 72.54 | 145.08 |
| BASIC LIFE | 0.94 | 1.88 |
| AD&D | 0.85 | 1.70 |
| STD | 23.58 | 46.11 |
| LTD | 11.44 | 22.28 |
| CHILD LIFE | 1.15 | 2.30 |
| CREDITOR GARNISHMENT | 440.47 | 854.11 |
| | | |
| TOTAL: | 560.97 | 1,093.46 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 107.90 | 206.45 |
| MEDICARE | 25.23 | 48.28 |
| | | |
| TOTAL : | 0.00 | 0.00 |

1

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | ****** | 1,027.18 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---:|
| PAY PERIOD BEGIN: | 01/23/2023 |
| PAY PERIOD END: | 02/05/2023 |
| ADVICE DATE: | 02/10/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 02/05/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 02/05/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 02/05/2023: | 0:00 HOURS |

ASSOCIATE NAME:      LAKESIA L WILEY                          ASSOCIATE ID:                          105542971

| | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---:|
| | | | GROSS WAGES: | 1,718.10 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | 906.43 |
| STATE | | 0 | 0 | NET PAY: | 906.43 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 235.84 |
| REGULAR | 01/23/2023-01/29/2023 | 29.48 | 27.75 | 818.07 | |
| REGULAR | 01/30/2023-02/05/2023 | 29.48 | 30.53 | 900.03 | 5,149.58 |
| SICK/PERS | | | | | 3.84 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 58.28 | | |
| TOTAL GROSS WAGES: | | | | 1,718.10 | 5,389.26 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 127.00 | 411.72 |
| VISION FT | 1.63 | 5.99 |
| DENTAL FT | 26.13 | 78.39 |
| FUTUREBLD CNTRB | 17.18 | 53.89 |
| | | |
| TOTAL: | 171.94 | 549.99 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | 10.00 | 30.00 |
| PRCHS POWER | 72.54 | 217.62 |
| BASIC LIFE | 0.94 | 2.82 |
| AD&D | 0.85 | 2.55 |
| STD | 23.58 | 69.69 |
| LTD | 11.44 | 33.72 |
| CHILD LIFE | 1.15 | 3.45 |
| CREDITOR GARNISHMENT | 399.63 | 1,253.74 |
| | | |
| TOTAL: | 520.13 | 1,613.59 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 96.93 | 303.38 |
| MEDICARE | 22.67 | 70.95 |
| | | |
| TOTAL : | 0.00 | 0.00 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | ****** | 906.43 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 02/06/2023 |
| PAY PERIOD END: | 02/19/2023 |
| ADVICE DATE: | 02/24/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 02/19/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 02/19/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 02/19/2023: | 0:00 HOURS |

ASSOCIATE NAME:     LAKESIA L WILEY                    ASSOCIATE ID:                    105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 2,195.83 |
| | | | | NET WAGES: | 1,232.55 |
| STATE | | 0 | 0 | NET PAY: | 1,232.55 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 235.84 |
| OT PREMIUM | 02/06/2023-02/12/2023 | 15.31 | 0.45 | 6.89 | 6.89 |
| OVERTIME | 02/06/2023-02/12/2023 | 30.61 | 0.45 | 13.78 | 13.78 |
| REGULAR | 02/06/2023-02/12/2023 | 30.61 | 40.00 | 1,224.40 | |
| REGULAR | 02/13/2023-02/19/2023 | 30.61 | 30.30 | 927.49 | 7,301.47 |
| SICK/PERS | 02/06/2023-02/19/2023 | 30.61 | 0.76 | 23.27 | 27.11 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 70.75 | | |
| TOTAL GROSS WAGES: | | | | 2,195.83 | 7,585.09 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 127.00 | 538.72 |
| VISION FT | 1.63 | 7.62 |
| DENTAL FT | 26.13 | 104.52 |
| FUTUREBLD CNTRB | 21.96 | 75.85 |
| | | |
| TOTAL: | 176.72 | 726.71 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | 10.00 | 40.00 |
| PRCHS POWER | 72.54 | 290.16 |
| BASIC LIFE | 0.94 | 3.76 |
| AD&D | 0.85 | 3.40 |
| STD | 23.58 | 93.27 |
| LTD | 11.44 | 45.16 |
| CHILD LIFE | 1.15 | 4.60 |
| CREDITOR GARNISHMENT | 509.92 | 1,763.66 |
| | | |
| TOTAL: | 630.42 | 2,244.01 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 126.54 | 429.92 |
| MEDICARE | 29.60 | 100.55 |

1

| DESCRIPTION | TAXES | | YEAR-TO-DATE |
|---|---|---|---|
| | CURRENT | | |
| TOTAL : | | 0.00 | 0.00 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | ****** | 1,232.55 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR<br>(698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK<br>SAN FRANCISCO, CA 94107 |

2

**EARNINGS STATEMENT (US)**

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 02/20/2023 |
| PAY PERIOD END: | 03/05/2023 |
| ADVICE DATE: | 03/10/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 03/05/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 03/05/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 03/05/2023: | 0:00 HOURS |

ASSOCIATE NAME:     LAKESIA L WILEY                    ASSOCIATE ID:                    105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| | | | | GROSS WAGES: | 1,969.77 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | 879.12 |
| STATE | | 0 | 0 | NET PAY: | 879.12 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| **DESCRIPTION** | **PERIOD** | **RATE** | **HOURS** | **CURRENT** | **YEAR-TO-DATE** |
| HOLIDAY PAY | | | | | 235.84 |
| OT PREMIUM | | | | | 6.89 |
| OVERTIME | | | | | 13.78 |
| REGULAR | 02/20/2023-02/26/2023 | 30.61 | 34.47 | 1,055.13 | |
| REGULAR | 02/27/2023-03/05/2023 | 30.61 | 29.50 | 903.00 | 9,259.60 |
| SICK/PERS | 02/20/2023-03/05/2023 | 30.61 | 0.38 | 11.64 | 38.75 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 63.97 | | |
| TOTAL GROSS WAGES: | | | | 1,969.77 | 9,554.86 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| MED | 162.00 | 700.72 |
| VISION FT | 1.63 | 9.25 |
| DENTAL FT | 26.13 | 130.65 |
| FUTUREBLD CNTRB | 19.70 | 95.55 |
| | | |
| TOTAL: | 209.46 | 936.17 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| HOMER FND | 10.00 | 50.00 |
| PRCHS POWER | 72.54 | 362.70 |
| BASIC LIFE | 0.94 | 4.70 |
| AD&D | 0.85 | 4.25 |
| STD | 23.58 | 116.85 |
| LTD | 11.44 | 56.60 |
| CHILD LIFE | 1.15 | 5.75 |
| CREDITOR GARNISHMENT | 403.03 | 2,166.69 |
| | | |
| TOTAL: | 523.53 | 2,767.54 |

| TAXES | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| OASDI | 110.36 | 540.28 |
| MEDICARE | 25.81 | 126.36 |
| FEDERAL WITHHOLDING | 138.85 | 138.85 |

| DESCRIPTION | **TAXES** CURRENT | YEAR-TO-DATE |
|---|---|---|
| STATE TAX - GA | 82.64 | 82.64 |
| | | |
| TOTAL : | 357.66 | 888.13 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | ****** | 879.12 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

2

**EARNINGS STATEMENT (US)**

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 03/06/2023 |
| PAY PERIOD END: | 03/19/2023 |
| ADVICE DATE: | 03/24/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 03/19/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 03/19/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 03/19/2023: | 0:00 HOURS |

ASSOCIATE NAME:    LAKESIA L WILEY                    ASSOCIATE ID:        105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 2,868.16 |
| | | | | NET WAGES: | 1,658.51 |
| STATE | | 0 | 0 | NET PAY: | 1,658.51 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 235.84 |
| OT PREMIUM | 03/13/2023-03/19/2023 | 15.31 | 8.00 | 122.44 | 129.33 |
| OVERTIME | 03/13/2023-03/19/2023 | 30.61 | 8.00 | 244.88 | 258.66 |
| REGULAR | 03/06/2023-03/12/2023 | 30.61 | 33.70 | 1,031.56 | |
| REGULAR | 03/13/2023-03/19/2023 | 30.61 | 40.00 | 1,224.40 | 11,515.56 |
| SICK/PERS | | | | | 38.75 |
| SUCCESS SHR | | | | | 1,897.84 |
| TRAVEL PAY | 03/13/2023-03/19/2023 | 30.61 | 8.00 | 244.88 | 244.88 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 89.70 | | |
| TOTAL GROSS WAGES: | | | | 2,868.16 | 14,320.86 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | 162.00 | 862.72 |
| VISION FT | 1.63 | 10.88 |
| DENTAL FT | 26.13 | 156.78 |
| FUTUREBLD CNTRB | 28.68 | 143.21 |
| | | |
| TOTAL: | 218.44 | 1,173.59 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | 10.00 | 60.00 |
| PRCHS POWER | 72.54 | 435.24 |
| BASIC LIFE | 0.94 | 5.64 |
| AD&D | 0.85 | 5.10 |
| STD | 23.58 | 140.43 |
| LTD | 11.44 | 68.04 |
| CHILD LIFE | 1.15 | 6.90 |
| CREDITOR GARNISHMENT | 665.82 | 2,832.51 |
| | | |
| TOTAL: | 786.32 | 3,553.86 |

1

| | TAXES | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| OASDI | 166.06 | 824.01 |
| MEDICARE | 38.83 | 192.71 |
| FEDERAL WITHHOLDING | 0.00 | 552.20 |
| STATE TAX - GA | 0.00 | 190.67 |
| | | |
| TOTAL : | 204.89 | 1,759.59 |

| **ACCOUNT NUMBER** | **TRANSIT** | **ABA** | **Amount** |
|---|---|---|---|
| ******2605 | ****** | ****** | 1,658.51 |

| **PHONE** | **EMAIL** | **WEBSITE** | **IMPORTANT NOTES** |
|---|---|---|---|
| 1-866-MYTHDHR<br>(698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK<br>SAN FRANCISCO, CA 94107 |

2

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID:

| | |
|---|---|
| PAY PERIOD BEGIN: | 03/06/2023 |
| PAY PERIOD END: | 03/19/2023 |
| ADVICE DATE: | 03/24/2023 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 03/19/2023: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 03/19/2023: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 03/19/2023: | 0:00 HOURS |

ASSOCIATE NAME:    LAKESIA L WILEY                    ASSOCIATE ID:                    105542971

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| | | | | GROSS WAGES: | 1,897.84 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | 1,212.29 |
| STATE | | 0 | 0 | NET PAY: | 1,212.29 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| HOLIDAY PAY | | | | | 235.84 |
| OT PREMIUM | | | | | 6.89 |
| OVERTIME | | | | | 13.78 |
| REGULAR | | | | | 9,259.60 |
| SICK/PERS | | | | | 38.75 |
| SUCCESS SHR | | | | 1,897.84 | 1,897.84 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 0.00 | | |
| TOTAL GROSS WAGES: | | | | 1,897.84 | 11,452.70 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| MED | | 700.72 |
| VISION FT | | 9.25 |
| DENTAL FT | | 130.65 |
| FUTUREBLD CNTRB | 18.98 | 114.53 |
| | | |
| TOTAL: | 18.98 | 955.15 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| HOMER FND | | 50.00 |
| PRCHS POWER | | 362.70 |
| BASIC LIFE | | 4.70 |
| AD&D | | 4.25 |
| STD | | 116.85 |
| LTD | | 56.60 |
| CHILD LIFE | | 5.75 |
| CREDITOR GARNISHMENT | | 2,166.69 |
| | | |
| TOTAL: | 0.00 | 2,767.54 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 117.67 | 657.95 |
| MEDICARE | 27.52 | 153.88 |
| FEDERAL WITHHOLDING | 413.35 | 552.20 |

1

| DESCRIPTION | TAXES | |
|---|---|---|
| | CURRENT | YEAR-TO-DATE |
| STATE TAX - GA | 108.03 | 190.67 |
| | | |
| TOTAL : | 666.57 | 1,554.70 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******2605 | ****** | ****** | 1,212.29 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-53146 |
| Lakesia Lashawn Wiley, | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |
| | ) | |
| Lakesia Lashawn Wiley, | ) | ADVERSARY PROCEEDING |
| Plaintiff | ) | CASE NO. _____ |
| vs. | ) | |
| Prestige Financial Services, | ) | |
| Defendant/Respondent. | ) | |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of the foregoing summons and a copy of the Complaint for Turnover made  by regular, first class United States mail, postage fully pre-paid, addressed to:

Lakesia Lashawn Wiley
2991 The Meadows Way
Atlanta, GA  30349

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd., Suite 555,
Atlanta, GA 30305.

Beth E. Rogers
9040 Roswell Rd Suite 200,
Sandy Springs, GA 30350

Prestige Financial Services
351 West Opportunity Way,
Draper, UT, 84020
Attn: Richard L. Hyde, CEO

Prestige Financial Services
c/o REGISTERED AGENT SOLUTIONS, INC.
900 Old Roswell Lake Pkwy, Suite 310,
Roswell, GA, 30076


This Thursday, June 1, 2023


By__/s/_____
Tim Hurban
**Attorney for Debtors/Plaintiffs**
Georgia Bar No. 215 Pryor St. SW
Atlanta GA 30303
(404) 524-6400
Notices@kingkingllc.com